United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3784
_____

United States of America

*Plaintiff - Appellee*

v.

Kyle K. Kessler

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: April 20, 2022
Filed: April 25, 2022
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Kyle Kessler appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of a firearm. Kessler argues that the

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

court's explanation for its sentencing decision was inadequate, and that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court adequately explained its sentencing decision, as it discussed multiple 18 U.S.C. § 3553(a) factors and responded to Kessler's sentencing arguments. See United States v. Torres-Ojeda, 829 F.3d 1027, 1029-30 (8th Cir. 2016); United States v. Meyer, 790 F.3d 781, 784 (8th Cir. 2015); United States v. Wood, 587 F.3d 882, 883-84 (8th Cir. 2009). We also conclude that the sentence is not substantively unreasonable, as the court properly considered relevant factors and did not clearly err in weighing the appropriate factors. See United States v. Peithman, 917 F.3d 635, 653 (8th Cir. 2019); United States v. Garcia, 946 F.3d 413, 419 (8th Cir. 2019); United States v. Farmer, 647 F.3d 1175, 1179 (8th Cir. 2011).

Accordingly, we affirm the judgment of the district court.

_____